1914.) Action by the R. T. Ford Company against Elizabeth B. Callaghan and others. No opinion. Judgment affirmed, with costs.

RUMSEY, Appellant, v. SULLIVAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Kate Rumsey against Darris Sullivan and another.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal. Held that, without passing upon the question of whether, after the defendants have begun to take oil from the premises, the plaintiff would have the right to such equitable relief as she seeks in this action, she has no such remedy at present on the facts stated in her complaint.

RYAN v. CENTRAL UNION GAS CO. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Michael J. Ryan against the Central Union Gas Company. No opinion. Application denied, with $10 costs. Order signed.

SACRED HEART ROMAN CATHOLIC CHURCH, Appellant, v. VEDDER et al., Respondents. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by the Sacred Heart Roman Catholic Church against Frederick Vedder and others. No opinion. Motion to open default granted, and motion to dismiss appeal denied, on condition that within 30 days the appellant pay to the respondent $10 costs and serve the necessary printed papers, together with a stipulation consenting to the argument of the case at the next term of this court. See, also, 147 N. Y. Supp. 1139.

In re SAITTA. (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of Philip S. Saitta. No opinion. Respondent disbarred. Settle order on notice.

SALATINO, Respondent, v. SALADINO, Appellant. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Dominick Salatino against Josephine Saladino. No opinion. Order affirmed.

SALOMON et al., Respondents, v. KAHLEN, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Felix Salomon and others against Cornelius Kahlen. J. R. Dos Passos, of New York City, for appellant. H. Nicarsulmer, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 147 N. Y. Supp. 1139.

SAUR v. UNION SAVINGS BANK. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Julius Saur against the Union Savings Bank. No opinion. Application denied, with $10 costs. Order signed.

SAYRE v. PROGRESSIVE CONSTRUCTION & LEASING CO. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Reginald H. Sayre against the Progressive Construction & Leasing Company. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 1142.

SAYRE, Appellant, v. PROGRESSIVE CONSTRUCTION & LEASING CO., Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Reginald H. Sayre against the Progressive Construction & Leasing Company. R. K. Prentice, of New York City, for appellant. H. S. Dottenheim, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 159 App. Div. 799, 144 N. Y. Supp. 897; 148 N. Y. Supp. 1142.

SCHAMBURG v. SPRECKELS. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Morris I. Schamburg against Claus A. Spreckels. No opinion. Application denied, with $10 costs. Order signed.

SCHATIA v. MISHEL. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Herman Schatia against Morris Mishel. No opinion. Application denied, with $10 costs. Order signed.

SCHEINBERG v. STOLWEIN et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Louis Scheinberg against Max Stolwein and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SCHERER v. JOSEPH FALLERT BREWING CO., Limited, et al. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Henry Scherer against Joseph Fallert Brewing Company, Limited, and others. No opinion. Judgment affirmed, with costs.

SCHLEGEL v. SCHAMBERGER. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Oscar Schlegel against George A. Schamberger.

PER CURIAM. Motion for stay granted, on condition that within 10 days after the entry of this order the defendant furnish a bond conditioned for the payment of the judgment, interest, and any possible costs, the bond to be of two sufficient real estate sureties, who must justify on notice; otherwise, motion denied, with $10 costs. Settle order before the Presiding Justice.